]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ELIZABETH PRADO-ALDAG, | ) No. 5:19-cv-01798-GJS |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] JUDGMENT OF** |
| | ) **VOLUNTARY REMAND** |
| ANDREW SAUL, | ) **PURSUANT TO SENTENCE FOUR** |
| Commissioner of Social Security,[1] | ) **OF 42 U.S.C. § 405(g)** |
| Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned

///

///

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

-1-

action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 7, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE